1 | **SCHULZ & SCHULZ, P. C.**
Harry J. Schulz, III (CA SBN 205625)
2 | 310 N. Harborth Avenue
P.O. Box 580
3 | Three Rivers, TX 78071
Telephone: (361) 786-2545
4 | Facsimile: (361) 786-2543

5 | Attorneys for Plaintiff
NeuroSigma, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| NEUROSIGMA, INC., a Delaware corporation, | ) ) ) | Case No. 2:15-cv-02678-SJO-PLA |
|---|---|---|
| Plaintiff, | ) ) ) ) | NEUROSIGMA, INC.'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. PROC. 41(a)(1)(A)(i) |
| v. | ) ) | **DEMAND FOR JURY TRIAL** |
| SCOTTSDALE INSURANCE COMPANY, an Ohio insurance company, | ) ) ) ) | Complaint Filed: April 10, 2015
Trial Date: None
Judge: S. James Otero |
| Defendant. | ) ) ) | |

NeuroSigma, Inc.'s Notice Of Voluntary Dismissal Without Prejudice

2569565.

1  **NOTICE IS HEREBY GIVEN** that pursuant to Federal Rule of Civil
2  Procedure 41(a)(1)(A)(i), Plaintiff NeuroSigma, Inc. ("NeuroSigma") voluntarily
3  dismisses without prejudice the above-entitled action against Defendant Scottsdale
4  Insurance Company ("Scottsdale").  This Notice Of Dismissal is being filed with the
5  Court before service by Defendant Scottsdale of either an answer or a motion for
6  summary judgment.

7  Dated:  August 7, 2015                    Respectfully submitted,

                                             SCHULZ & SCHULZ, P.C.

                                             By: _____
                                             Harry J. Schulz, III
                                             Attorneys for Plaintiff
                                             NeuroSigma, Inc.

2569565.                         - 1 -                    NeuroSigma, Inc.'s Notice Of Voluntary Dismissal Without Prejudice