**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Priority ____
Send ____
Enter ____
Closed ____
JS-5/JS-6 ____
Scan Only ____

**CASE NO.:** CV 15-02678 SJO  **DATE:** August 7, 2015

**TITLE:** (PLAx) NeuroSigma, Inc. v. Scottsdale Insurance Company

========================================================================
**PRESENT:** THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

Victor Cruz                                   Not Present
Courtroom Clerk                               Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF(S):**        **COUNSEL PRESENT FOR DEFENDANT(S):**

Not Present                                   Not Present

========================================================================
**PROCEEDINGS:** IN CHAMBERS

The Court is in receipt of the NOTICE of Voluntary Dismissal filed by Plaintiff NeuroSigma, Inc. [8] filed 08/07/2015. Dismissal is Without Prejudice. Accordingly, the Court Orders this matter dismissed pursuant to the NOTICE of Voluntary Dismissal.